# RETURN OF SERVICE

**State of Florida**  **County of MIDDLE**  **District Court**

Case Number: 2:12-CV-408-FTM-99DNF

Plaintiff:
**UNITED STATES OF AMERICA,**

vs.

Defendant:
**KENNETH E. CLESEN, SR., KAREN ARMENI FKA KAREN A. CLESEN,**

For:
Steven Davis
BECKER & POLIAKOFF, P.A.
121 Alhambra Plaza
10th Floor
Coral Gables, FL 33134

Received by CAPLAN & CAPLAN on the 9th day of August, 2012 at 9:56 am to be served on **KAREN ARMENI FKA KAREN A. CLESEN, 8205 SANCTUARY DRIVE, UNIT 1, NAPLES, FL 34104**.

I, **DANIEL MCKEON**, do hereby affirm that on the **28th day of August, 2012** at **11:30 am**, I:

**SUBSTITUTE** served by delivering a true copy of the **Summons in a Civil Action, Civil Cover Sheet and Complaint** to: **KENNETH CLESEN**, a person in charge at the recipient's **PRIVATE MAILBOX** location at the address of: **8205 SANCTUARY DRIVE, UNIT 1, NAPLES, FL 34104**; the only address known after reasonable investigation and after determining that the person or business to be served maintains a mailbox at this location, in compliance with State Statutes.

**Military Status:** The person served with said documents refused to state whether or not the Defendant is in the Military Service of the United States of America.

**Marital Status:** Based upon inquiry of party served, they refused to state whether or not the Defendant is married.

**Description** of Person Served: Age: 65, Sex: M, Race/Skin Color: WH, Height: 6'3", Weight: 220, Hair: GRAY, Glasses: N

Under penalty of perjury, I declare that I have read the forgoing and that the facts stated in it are true, that I am a Certified Process Server in the county in which this defendant/witness was served and have no interest in the above action pursuant to FS 92.525(2), no notary is required.

DANIEL MCKEON
157975

CAPLAN & CAPLAN
172 West Flagler Street
Suite 320
Miami, FL 33130
(800) 368-7762
Our Job Serial Number: CPN-2012044670

AO 440 (Rev. 12/09)  Summons in a Civil Action



# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| UNITED STATES OF AMERICA </br></br> *Plaintiff* </br></br> v. </br></br> KENNETH E. CLESEN, SR., and KAREN ARMENI </br> f/k/a KAREN A. CLESEN </br></br> *Defendant* | ) </br> ) </br> ) </br> ) Civil Action No. </br> ) </br> ) 2:12cv 408-FTM-99DNF </br> ) </br> ) |

## SUMMONS IN A CIVIL ACTION

REC'D Aug 9, 2012
SERVED
DATE Aug 28, 2012
TIME 11:30 AM
P.S. Daniel McKeon
(PRINT/SIGN NAME)

CERTIFIED IN THE CIRCUIT
COUNTY  # 157975

To: *(Defendant's name and address)*  KAREN ARMENI, f/k/a KAREN A. CLESEN
8205 Sanctuary Drive, Unit 1
Naples, Florida  34104

[Stamp: CAPLAN & CAPLAN, 172 W FLAGLER ST #324, MIAMI, FL 33130]

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> STEVEN M. DAVIS, ESQ.
> Becker & Poliakoff, P.A.
> 121 Alhambra Plaza, 10th Floor
> Coral Gables, Florida d33134
> (305) 262-4433

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 8/1/12

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

MUST PROVIDE FOLLOWING INFORMATION
AGE:____ M/F: RACE: ____ HEIGHT: ____
W____ ____ HAIR _____ GLASSES: Y/N

AP1

4416708