UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

UNITED STATES OF AMERICA,      CASE NO.: 2:12-CV-408-FTM-99DNF

    Plaintiff,

v.

KENNETH E. CLESEN, SR., et. al.,

    Defendants.
_____/

## NOTICE OF FILING

Plaintiff, UNITED STATES OF AMERICA and through its undersigned attorney hereby files this Notice of Filing Corrected Return of Service for Defendant, Karen Armeni f/k/a Karen A. Clesen in the above styled cause. A copy is attached hereto and incorporated herein.

    Respectfully submitted,

                                                             /s/ Steven M. Davis
                                                              Steven M. Davis, (Florida Bar No. 894249)
                                                             Email: sdavis@becker-poliakoff.com
                                                             121 Alhambra Plaza
                                                             Alhambra Towers - 10th Floor
                                                             Coral Gables, FL 33134
                                                             Telephone: (305) 262-4433
                                                             Facsimile: (305) 442-2232
                                                             Attorneys for Plaintiff United States of America

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System and true and correct copies, were mailed, postage paid, this 28th day of February 2013 to all parties on the attached Service List.

/s/ Steven M. Davis
Steven M. Davis

## SERVICE LIST

Kenneth E. Clesen, Sr.
8205 Sanctuary Drive, Unit 1
Naples, Florida 34101

Karen Armeni f/k/a Karen A. Clesen
8205 Sanctuary Drive, Unit 1
Naples, Florida 34101

# **RETURN OF SERVICE**

State of Florida                      County of MIDDLE                    District Court

Case Number: 2:12-CV-408-FTM-99DNF

Plaintiff:
**UNITED STATES OF AMERICA,**

vs.

Defendant:
**KENNETH E. CLESEN, SR., KAREN ARMENI FKA KAREN A. CLESEN,**

For:
Steven Davis
BECKER & POLIAKOFF, P.A.
121 Alhambra Plaza
10th Floor
Coral Gables, FL 33134

Received by CAPLAN & CAPLAN on the 9th day of August, 2012 at 9:56 am to be served on **KAREN ARMENI FKA KAREN A. CLESEN, 8205 SANCTUARY DRIVE, UNIT 1, NAPLES, FL 34104**

I, DANIEL MCKEON, do hereby affirm that on the **29th day of August, 2012 at 11:30 am**, I:

**SUBSTITUTE** served by delivering a true copy of the **Summons in a Civil Action, Civil Cover Sheet and Complaint** with the date and hour of service endorsed thereon by me, to: **KENNETH CLESEN as CO RESIDENT** at the address of: **8205 SANCTUARY DRIVE, UNIT 1, NAPLES, FL 34104** the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** The person served with said documents refused to state whether or not the Defendant is in the Military Service of the United States of America.

**Marital Status:** Based upon inquiry of party served, they refused to state whether or not the Defendant is married.

**Additional Information pertaining to this Service:**
8205 SANCTUARY DRIVE, UNIT 1, NAPLES, FL 34104 ADDRESS PROVIDED IS AN OWNER OCCUPIED HOME IN GOOD CONDITION. ADULT MALE WHO IDENTIFIED HIMSELF AS NAMED PARTY REFUSED TO PROVIDE MARITAL OR MILITARY STATUS.

OCCUPANT WAS VERY RUDE AND UNCOOPERATIVE.

**Description** of Person Served: Age: 65, Sex: M, Race/Skin Color: WH, Height: 6'3", Weight: 220, Hair: GRAY, Glasses: N

## RETURN OF SERVICE for 2:12-CV-408-FTM-99DNF

Under penalty of perjury, I declare that I have read the forgoing and that the facts stated in it are true, that I am a Certified Process Server in the county in which this defendant/witness was served and have no interest in the above action pursuant to FS 92.525(2), no notary is required.

_____
DANIEL MCKEON
157975

CAPLAN & CAPLAN
172 West Flagler Street
Suite 320
Miami, FL 33130
(800) 368-7762
Our Job Serial Number: CPN-2012044670

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5k