UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                    Case No:  2:12-cv-408-Ftm-99DNF

KENNETH E. CLESEN, SR.  and KAREN ARMENI,

    Defendants.

## ORDER

This cause is before the Court on the United States of America's Application and Declaration for Entry of Defendant's Default (Doc. 23) filed on March 13, 2013. The Plaintiff, United States of America is requesting that a default be entered against Karen Armeni f/k/a Karen A. Clesen.  Pursuant to FED. R. CIV. P. 55(a), "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."  The Defendant was served on August 29, 2012, and has failed to plead or otherwise defend this action.  (See, Doc. 21). Therefore, the Court will direct the Clerk to enter a default against the Karen Armeni f/k/a Karen A. Clesen.

    **IT IS HEREBY ORDERED:**

    1)    Application and Declaration for Entry of Defendant's Default (Doc. 23) is **GRANTED**.

    2)    The Clerk is directed to enter a default against Karen Armeni f/k/a Karen A. Clesen.

- 2 -

**DONE** and **ORDERED** in Fort Myers, Florida on April 2, 2013.

_____
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

- 2 -